**Wilshire**℠

**Wilshire Credit Corporation**

**Payments**
P.O. Box 7195; Pasadena, CA 91109-7195

**Correspondence**
P.O. Box 8517; Portland, OR 97207-8517

**Phone**
(888) 502-0100

**Fax**
(503) 952-7476

**Web Site**
www.wcc.ml.com

October 21, 2009

RECEIVED & FILED

'09 OCT 29 P1 :23

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Clerk of the Court
US Bankruptcy Court
NEVADA - District of Nevada (Las Vegas)
300 Las Vegas Boulevard South
Las Vegas, NV 89101

Re:    LAWRENCE TRUOCCOLO
       DELMA TRUOCCOLO
       Bankruptcy Case No. 09-27718

Dear Clerk of the Court:

Wilshire Credit Corporation is servicer of the mortgage in the above named debtor(s) bankruptcy case. Please add the following name and address to the debtor(s)' mailing matrix:

    Wilshire Credit Corporation
    PO Box 1650
    Portland, OR 97207-1650

If you have any questions please do not hesitate to call the undersigned

Sincerely,

*Niesha Wright*

Bankruptcy Specialist