WEISS & WEISS LAW FIRM
Paul Weiss, Esq.
Nevada Bar No.: 005162
2300 W. Sahara #500, Box 34
Las Vegas, NV 89102
(702) 933-5500 x 1
Fax: (702) 933-4167
E-mail: bk@weissweiss.com
Attorneys for Debtor(s)

E-filed on 08/27/08

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In the Matter of:

**LAWRENCE TRUOCCOLO**
**DELMA TRUOCCOLO**

        Debtor(s).

Chapter 7
BK-S-09-27718-MKN

## NOTICE OF ADDRESS CHANGE

TO:  ALL INTERESTED PARTIES

NOTICE IS HEREBY GIVEN that LAWRENCE and DELMA TRUOCCOLO have a change of address.  Their new address is as follows:

12756 Lexington Summit Street
Orlando, FL 32828

DATED:   11/02/09   .

WEISS & WEISS LAW FIRM

By: /s/ PAUL L. WEISS
PAUL L. WEISS, ESQ.
Attorney for Debtor(s)